NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil Action No. 14-cr-219 (JAP) |
| v. | : | **ORDER** |
| ELIYAHU WEINSTEIN, | : | |
| Defendant. | : | |

PISANO, District Judge

Presently before the Court is Defendant, Eliyahu Weinstein's ("Defendant" or "Weinstein") motion to dismiss the indictment [docket # 71]. The government opposes this motion [docket #75]. The Court having read and considered the papers thereto, and for the reasons set forth in the accompanying Opinion,

**IT IS** on this 8th day of December, 2014,

**ORDERED** that Defendant's motion to dismiss the indictment [docket #71] is DENIED in its entirety.

/s/ Joel A. Pisano
JOEL A. PISANO
United States District Judge