**PROB 12A**
**(6/21)**

# United States District Court

## For

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Eliyahu Weinstein Cr.: 14-00219-001
PACTS #: 58893

Name of Sentencing Judicial Officer: THE HONORABLE ~~ANNE E. THOMPSON~~ Peter G. Sheridan
UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer: TO BE ASSIGNED

Date of Original Sentence: 08/10/15

Original Offense: Conspiracy to Commit Wire Fraud
Monetary Transaction from Specified Unlawful Activity

Original Sentence: 240 months of custody, 3 years of supervised release, $224,230,049 in Restitution

Sentence Commuted: 01/19/21 - Executive Grant of Clemency by former President Donald J. Trump

Special Conditions: No New Debt, Occupational Restrictions, Self-Employment Business Disclosure

Type of Supervision: Supervised Release Date Supervision Commenced: 01/20/21

### INTERNATIONAL TRAVEL REQUEST

Mr. Weinstein is requesting to travel to Jerusalem, Israel. He will be traveling with his wife and child from approximately December 27, 2022, to January 9, 2023. The purpose of the trip is to visit extended family members, tour Israeli holy sites, and pay respects at a cemetery where family are buried.

U.S. Probation Officer Action:

Mr. Weinstein is in full compliance with the conditions of his supervised release. He has consistently submitted monthly restitution payments in the amount of $1,250 toward his restitution balances, has remained employed, and has complied with our office's efforts to verify the legitimacy of his income and nature of employment. He was recently issued his passport by the State Department and has complied with their conditions for the return of his passport. Currently, our office has no information that Mr. Weinstein has reinvolved himself in fraudulent activity and no investigation into his current financial dealings or any suspected criminal activity has been made known to our office by any law enforcement agency. Home visits, contact with Mr. Weinstein's family and his employer, and his overall positive adjustment to supervision to date reveal no specific concerns regarding risk of flight. In addition, Mr. Weinstein has agreed to make an extra restitution payment of approximately $1,800 in December 2022, which will exceed the cost of the trip.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: MATTHEW KURZAWA
Senior U.S. Probation Officer

/ mk

APPROVED:

12/13/2022

DONALD L. MARTENZ, JR. Date
Supervising U.S. Probation Officer

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

- [X] Travel Approved subject to conditions imposed by Probation
- [ ] Travel Denied
- [ ] Travel Approved and all future travel requests be at the discretion of the Probation Office
- [ ] Other

Signature of Judicial Officer

12/15/22

Date